

# Fourth Court of Appeals
## San Antonio, Texas

September 25, 2019

No. 04-19-00568-CV

John Brad **OSBURN**,
Appellant

v.

Scott **BAKER**,
Appellee

From the 451st Judicial District Court, Kendall County, Texas
Trial Court No. 18-144
Honorable Kirsten Cohoon, Judge Presiding

# O R D E R

On September 18, 2019, after the trial court reporter filed a notification of late record, this court ordered appellant to provide written proof that appellant has requested a reporter's record and that either (1) the reporter's fee has been paid or arrangements have been made to pay the reporter's fee; or (2) appellant is entitled to appeal without paying the reporter's fee. Appellant responded on September 23, 2019, and asserted that this case is on appeal from a motion for summary judgment and that no reporter's record was created at the summary judgment hearing. Appellant further responded that he did not request a reporter's record. On September 13, 2019, the trial court clerk filed the clerk's record. In light of the foregoing, we ORDER that appellant's brief is due no later than thirty days from the date of this order.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25th day of September, 2019.

_____
Luz Estrada,
Chief Deputy Clerk